# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 24, 2018

Stephen J. Markman,
Chief Justice

156901(44)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

JENNIFER MARIE HAMMERLUND,
　　　　Defendant-Appellant.
_____/

SC: 156901
COA: 333827
Kent CC: 15-009717-FH

　　　　On order of the Chief Justice, the second motion to extend the time for filing the defendant-appellant's supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before September 5, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 24, 2018



Clerk